# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| NATHAN EDWARD PRIM, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION NO. 16-233-KD |
| | : | CRIMINAL ACTION NO. 13-229-KD-C |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 18, 2016, is **ADOPTED** as the opinion of this Court with the following clarifications:

On pages 4-5 of Document 44, the last sentence beginning on page 4 and continuing onto page 5 is replaced with the following amended sentence:

> Under the armed career criminal guidelines provisions of the United States Sentencing Guidelines (the "U.S.S.G."), U.S.S.G. § 4B1.4, Petitioner would have had a minimum sentencing guidelines range of 188-234 months,[1] but his advisory guidelines range at sentencing with an offense level of twenty-nine (29) and a criminal history category of VI was 151-188 months, (Doc. 33, at 2), which means that he was sentenced within the guidelines range below the minimum imposed by the ACCA or the armed career criminal guidelines.

Additionally, Petitioner's "Application" for Leave to File a Second or Successive Motion Pursuant to § 2255 (Doc. 39) is construed as a response to the Court's order. (Doc. 37). While Petitioner may have used a form styled as an application, which would ordinarily be evaluated by the Court of Appeals, rather than the district court, it is obvious that the intended purpose of the

---

[1] Footnote 2 from original shall appear here. (Doc. 44 at 5, n.2).

filing was a response rather than an application to file a second or successive motion. The "application's" contents did not materially differ from Petitioner's instant § 2255 motion, nor had the instant § 2255 motion been ruled upon at the time Petitioner filed the "application."

For the reasons contained in the Report and Recommendation, the Court finds that Petitioner's rights were not violated in this cause and that his request to vacate, set aside or correct his sentence (Doc. 34; *see also* Doc. 39) is **DENIED**, and that Respondent's motion to dismiss is **GRANTED**, because Prim's motion is time-barred pursuant to 28 U.S.C. § 2255(f).

**DONE** and **ORDERED** this **14th** day of **December 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**